Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED

*May 13, 2021*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § | |
| vs. § § § | |
| **PORTER BUSH** § § § **Defendant.** § | Case No. **4:21-cr-256** |

# INDICTMENT

THE GRAND JURY CHARGES THAT

### COUNT ONE
**Sex Trafficking of a Minor**

From on or about February 2018 to on or about June 25, 2018 in the Southern District of Texas, Houston Division, and elsewhere, the Defendant

**PORTER BUSH**

in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized and solicited, and attempted to do so, by any means a person, namely a minor female known as MV1, who had attained the age of 14, but was under 18, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, advertising, maintaining, patronizing and soliciting by any means MV1, and that MV1, whom defendant had a reasonable opportunity to observe, had not attained the age of 18 years and would be caused to engage in a commercial sex act,

**in violation of 18 U.S.C. §§ 1591(a), (b), and (c).**

1

## NOTICE OF FORFEITURE
## (18 U.S.C. § 1594(d))

Pursuant to 18 U.S.C. § 1594(d), the United States gives notice to defendant,

**PORTER BUSH**

that upon his conviction of Count 1, the United States intends to seek forfeiture of:

(1) all property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and

(2) all property, real or personal, that constitutes or is derived from any proceeds obtained, directly or indirectly, as a result of such violation, or any property traceable to such property.

## MONEY JUDGMENT AND SUBSTITUTE ASSETS

The United States intends to seek the imposition of a money judgment against the Defendant. The Defendant is notified that in the event that one or more conditions listed in 21 U.S.C. § 853(p) exists, the United States will seek to forfeit any other property of each Defendant up to the amount of the money judgment against that defendant.

A TRUE BILL:

Original Signature on File
FOREMAN OF THE GRAND JURY

JENNIFER B. LOWERY
Acting United States Attorney

By: _____
Eun Kate Suh
Assistant United States Attorney