# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Cr. No. H-21-256 |
| PORTER BUSH | |

## UNOPPOSED MOTION FOR CONTINUANCE

Porter Bush, moves this Court for a 90-day continuance of the motions deadline, pretrial conference and trial, and respectfully shows as follows:

Porter Bush is charged with sex trafficking of a minor in violation of 18 U.S.C. §1591(a),(b), and (c). The pretrial motions deadline is June 22, 2021, the pretrial conference is set for July 22, 2021, and trial is set for July 26, 2021.

Discovery in this case is ongoing, and undersigned counsel has begun his own legal and factual investigation. Undersigned counsel has identified certain legal and factual issues that require further investigation. Undersigned counsel needs more time to complete his investigation and analysis, and then to file pretrial motions, if necessary, and to prepare for trial, if necessary. Moreover, additional time is needed to discuss the case with Mr. Bush.

Porter Bush respectfully submits that the best interests of justice served by granting this motion for a continuance substantially outweigh the interests of the defendant and the community in a speedy trial, and that failure to grant the continuance would deprive defense counsel of sufficient time to prepare for trial.

The government is unopposed to this Motion for Continuance.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas No. 3233
Texas State Bar No. 14003750

By /s/ Alex Rosa-Ambert
ALEX ROSA-AMBERT
Assistant Federal Public Defender
Attorney-in-Charge
Puerto Rico State Bar ID No. 15048
Southern District of Texas No. 3644073
Attorneys for Defendant
440 Louisiana, Suite 1350
Houston, Texas 77002-1056
    Telephone: 713.718.4600
    Fax: 713.718.4610

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with Assistant United States Attorney Eun Suh and determined that the United States is unopposed to this motion for continuance.

s/ Alex Rosa-Ambert
ALEX ROSA-AMBERT

**CERTIFICATE OF SERVICE**

I certify that on June 22, 2021, a copy of the foregoing Unopposed Motion to Continue was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney Eun Suh.

s/ Alex Rosa-Ambert
ALEX ROSA-AMBERT