In The United States District Court
For The Southern District of Texas
Houston Division

United States of America

v.

Porter Bush

CR. No H-21-256

United States Courts
Southern District of Texas
FILED
JUL 22 2021
Nathan Ochsner, Clerk of Court

Letter Order

To The Honorable Judge Alfred Bennett Porter Bush Moves on the Court, so that his letter and unopposed motion to revoke detention pending trial be accepted as legitiment motions. I do understand my rights at this moment and I will not discuss pacificness of the case. My only means is to shed light on:

1. A Bond hearing!
2. A Hearing with Judge Alfred Bennett!
   (A) 1. To discuss my moving forward with "P.D. Alex Rosa-Ambert".

I'll just simplefy this by stating something is wrong in my court proceedures. The way I'm being detained, the way the Public Defender Alex Rosa-Ambert moves without me being onboard with his dicissions. I am not an attorney and I have the right to be able to prepare myself for a fair trial. If Mr. Alex Ambert has the right to inform me about what way the Goverment assumes claims against me, he has a duty to me to proforme in a matter in which I would be happy.

Respectfully
Porter Bush

July 22, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

VS

PORTER BUSH

CR. No. H-21-256

United States Courts
Southern District of Texas
FILED

JUL 22 2021

Nathan Ochsner, Clerk of Court

## MOTION TO BE ADMITTED TO BAIL PENDING TRIAL AND TO COMPLY WITH ANY SPECIFIED CONDITIONS UPON RELEASE.

Now comes Porter Bush, that respectfully moves the court without a hearing to Fed. R. Crim. P. Rule 46(a) pursuant to 18 § U.S.C. 3142 (a)(1)(2)(b) & (c) to revoke the order of detention pending trial herby requests a de novo review of detention and that he be "PROMPTLY" released on conditions or a combination of conditions pursuant to 18 § U.S.C. 3142 (c).

I.

I Porter Bush is claimed in a 1 count indictment of compelling prostitution < 18 YOA. The goverment assumes that on or about June 17, 2018. Porter Bush committed said act above. Also the goverment assumes that no condition or combination of conditions wi.. assure the appearance of Porter Bush or the safety of the community or any person. The goverment can't give it's subjective opinion or assumptions against Porter Bush or anyone for that matter. For the goverment has never met, seen, known, or even spoke with me to know who Porter Bush was, is or yet to become as a living soul or intent to know of the natural person. Therefore Porter Bush, like to shed light, the goverment witness to above charge, has kelpt a continuance of contact with Porter Bush, even in her adult life. Therefore

(1)

Porter Bush has not committed any known crime, and being associated with someone does not make you guilty of any crime. Point in fact, it is arbitrary to continue to hold Porter Bush in detention which no one shall be subject to according to Article: 9,12 &13 and First, Fourth, Fifth, Sixth, Eighth, and Fourteenth Constitutional Amendments: United States v. Salerno, 481 U.S. 739, 749 (1987). United States v. Townsend, 897 F.2d 989, 994 (9th Cir. 1990) United States v. Montamedi, 767 F.2d 1403, 1408 (9th Cir. 1985) United States v. Quatermaine, 913 F.2d 910, 917 (11th Cir. 1990) United States v. Colombo, 777 F.2d 96, 100 (2d Cir. 1985) United States v. Shakur, 817 F.2d 189, 300 (2d Cir.) United States v. Acevedo-Ramos, 755 F.2d 203, 208 (1st Cir. 1985).

## II.

Porter Bush have been detained for over 60 days now without a "fair" chance to show I will be able to demonstrate the nature of any of the thirteen combinations of conditions. This is indeed my fate that is at stake here. The court can't assure the surety of safty, life, liberty, person, papers and effects of Porter Bush while I am being detainee at any facility. For I have and already are in tough living conditions and limited to access to any and all materials I need to prepare myself. If Porter Bush trial was to start Oct 31, Porter Bush will not be in possession of a key evidence piece "His cell phone", nor numerous amount of court documents that I need to get copies of evidence that need to be reviewed, witnesses that need be defesed experts that need to be contacted, access to the internet unlimited access to the preparation of my defense, not to mention I am not an attorney so Porter Bush would need time to familirize myself with the procedures and protocols of trail. I believe that I am being unfairly singled out, mistreated based on my ethnicity, age, and gender quasi. suspect fact. considering the nature of offense government key witness only only made the insinuation of Porter Bush in chance of securing her on freedom at that moment. My complaint. That the court can't assure that the misuse of dedicated professionals of the U.S. Marshall's office or dedicated professional staff at anywhere Porter Bush is being detained, upheld the constitution to their codes, rules, regulations, statue, ect. The court can't guarantee the action of anyone outside the courts. De novo review of the order of detention. failure to do so is reversible error. — See: Archer v. High, 193 Miss. 361, 9 So. 2d 647, 648 Duncan v. Mack, 59 Ariz. 36, 122 P.2d 215, 217 United States v. Reuben, (7u F.2d 580, 585 (5th Cir 1993) United States v.

(3)

Cantu, 935 F.2d 950 (8th Cir. 1991) United States v. Townsend, 897 F.2d 989, 994 (4th Cir. 1990) United States v. Porter, 782 F.3d 758, 763 (7th Cir. 1991) United States v. Hazime, 762 F.2d 34, 37 (6th Cir. 1985) Combinations of conditions to 18 § U.S.C. 3142 (a), (b) & (c) - United State v. Goosens 84 F.3d 697, 702 (4th Cir. 1996) United States v. Kili's Enemy 3 F.3d 1201, 1203 (8th Cir. 1993) United States v. Brown 870 F.2d 1354, 1358 v. 5 (7th Cir. 1989) United States v. Scott 450 F.3d 843 (9th Cir. 2006)

Therefore Porter Bush Respectfully demands The Court of an immediate release on specified curfew and or any of The Thirteen combinations of conditions so Porter Bush could have a "FAIR" chance at presenting my case at Trial, for I am not an attorney and I have The Right to be able to prepare myself for a "FAIR?" chance at Trial. And if Porter Bush is further detained it would be wanton, detrimental, vindictive and absurd on the Conscience of The Court !!!!

Wherefore Porter Bush Respectfully prays that The Court grant bail and not excessive so that Porter Bush can have a FAIR Chance to prepare for Trial and be Release Immediately from Custody upon Satisfaction of said Bail. Denial of this Motion would be in direct violation of The U.S. Constitution of The State of Texas, United States, and The United States of America and all claim's against Me to This Court would be an immediate Dismissal with Prejudice on The face of The Court and immediate Release from Custody !!! (without Prejudice.)

Respectfully Submitted

Porter Bush



I CERTIFY THAT I have SERVED A COPY TO The COURTS AND is, "is ASKING" The DISTRICT CLERK TO PROPERLY inform The UNited STATES ATTORNEY for The SOUTHERN DISTRICT of TEXAS. The FOREGOING MOTION to REVOKE DETENTION PENDING TRIAL, IMMEDIATEly Release ON Specified Curfew ETC, by Mailing it to his/her office AT UNited STATES ATTORNEY'S office ON JULY 22, 2021.

Respectfully

Tobler Bush

Nathan Ochsner
United States District Clerk
office, Houston
Bob Casey Federal Building
515 Rusk Street
Houston, Texas 77002-2600 77002-1056

This is Legal Mail
Has not been inspected

Nathan Ochsner, Clerk of Court
FILED
JUL 22 2021
Southern District of Texas

THIS MAIL IS CORRESPONDENCE
FROM A DETAINEE AT THE
JOE CORLEY PROCESSING CENTER

...er Bush
88804-079
...rley Detention Center
...ilbig Road
...Texas 77301